```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          EASTERN DIVISION
```

**TERRY L. CRAFT, #L4910**                                              **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 4:05cv144TSL-AGN**

**G.E.O. GROUP and**
**EAST MISSISSIPPI CORRECTIONAL FACILITY**                             **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  24th  day of January, 2006.


                                   /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE